FILED
CLERK, U.S. DISTRICT COURT

NOV 15 2010

CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMI DEE HENDRICKSON,<br><br>                Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>                Defendant. | Case No. CV 09-3589-JSL (JEM)<br><br>**ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The time for filing Objections to the Report and Recommendation has expired, and no Objections have been filed. The Court concurs with and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

    IT IS HEREBY ORDERED that Judgment be entered REVERSING the decision of the Commissioner of Social Security and REMANDING this matter for further proceedings consistent with the Report and Recommendation.

DATED: 11/15/10

_____
J. SPENCER LETTS
UNITED STATES DISTRICT JUDGE