FILED
CLERK, U.S. DISTRICT COURT

NOV 15 2010

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMI DEE HENDRICKSON,<br><br>          Plaintiff,<br><br>     v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>          Defendant. | Case No. CV 09-3589-JSL (JEM)<br><br>**JUDGMENT** |

In accordance with the Report and Recommendation of the United States Magistrate Judge adopted by the Court,

IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is REVERSED and this matter is REMANDED for further proceedings consistent with the Report and Recommendation.

DATED: 11/15/10

_____
J. SPENCER LETTS
UNITED STATES DISTRICT JUDGE