UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMI DEE HENDRICKSON,<br><br>    Plaintiff,<br><br>    5.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br><br>    Defendant. | CIVIL NO. 2:09-cv-3589-JSL-JEM<br><br>[PROPOSED] ORDER SETTLING ATTORNEY'S FEES |

IT IS HEREBY ORDERED that Plaintiff be awarded attorney fees under the EAJA, 28 U.S.C. § 2412(d), in the amount of THREE THOUSAND EIGHT HUNDRED dollars and 00/100 cents ($3,800.00) as stipulated by the parties.

Dated: December 21, 2010    */s/John E. McDermott*
                                          United States Magistrate Judge John E. McDermott